UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH ROLLING CLOUD, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> SUPERINTENDENT, Correctional ) <br> Industrial Complex, ) <br> ) <br> Respondent. ) | No. 1:06-cv-1158-LJM-WTL |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 10/23/2006

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Kenneth Rolling Cloud, DOC #910753, Correctional Industrial Facility, P.O. Box 601,
    Pendleton, IN 46064
David Steiner, Office of the Indiana Attorney General,
    Indiana Government Center South, Fifth Floor, 402 West Washington Street,
    Indianapolis, IN 46204-2770